442 A.2d 341

Healey v. Capone, et ux., Appellants.

Submitted April 1, 1981.  Edward A. Reilly, for appellants; Michael J. Eagen, Jr., for appellee.

Before CERCONE, P.J., and HESTER and JOHNSON, JJ.

The decree entered October 16, 1980 is affirmed.